52 F.3d 315
 John C. Hiserodt
v.
University of Pittsburgh, Pittsburgh Cancer Intstitute,
Ronald P. Herberman, as Director of Pittsburgh Cancer
Institute, Jules Heisler, as Associate Director of
Administration of Pittsburgh Cancer Institute, George M.
Bernier, Jr., as Dean of University of Pittsburgh Medical
School, Thomas Detre, as Senior Vice President of Medical
and Health Care Division of University of Pittsburgh,
Michael Olszowy, as Graduate Student in Department of Pathology,
 NO. 94-3495
 United States Court of Appeals,
Third Circuit.
 Mar 02, 1995
 Appeal From: W.D.Pa., No. 91-cv-00867
 
 1
 AFFIRMED.